# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No. 5:03cr30054-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| **MARK WAYNE WOODS.** | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the United States' motion to dismiss (Docket No. 219) is **GRANTED**, the above referenced 28 U.S.C. § 2255 motion (Docket No. 208) is **DISMISSED**, and this action is **STRICKEN** from the active docket of the court.

Further, finding that Woods has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

Entered this 24th day of November, 2010.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE